# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LORD JUDAH AL-BARR**  **PLAINTIFF**
*Reg. #40258-509*

v.  **CASE NO. 2:25-CV-00025-BSM**

**CHAD GARRETT,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 9] is adopted, Lord Judah Al-Barr's federal claims are dismissed without prejudice, and jurisdiction will not be exercised over Al-Barr's state law claims. Furthermore, Al-Barr's motion for reconsideration [Doc. No. 10] is denied because he identifies no manifest error of law or fact, no newly discovered evidence, or any other reason warranting reconsideration of Judge Kearney's denial of his motion to appoint counsel. *See* Fed. R. Civ. P. 60(b); *Arnold v. ADT Sec. Servs., Inc.*, 627 F.3d 716, 721 (8th Cir. 2010). This action is dismissed, and it is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of April, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE