IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LORD JUDAH AL-BARR**  **PLAINTIFF**
*Reg. #40258-509*

v.                    CASE NO. 2:25-CV-00025-BSM

**CHAD GARRETT,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE